

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF: | § | No. 08-20-00088-CV |
| | § | Appeal from the |
| M.S.V., JR. | § | 388th Judicial District Court |
| A CHILD. | § | of El Paso County, Texas |
| | § | (TC# 2012DCM10912) |

## <u>**MEMORANDUM OPINION**</u>

Appellant Veronica Rae Chavez Vara has filed a motion to voluntarily dismiss her appeal.

The Court grants Appellant's motion and dismisses this appeal. *See* TEX.R.APP.P. 42.1.


JEFF ALLEY, Justice

August 5, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.